## Commonwealth ex rel. Behm, Appellant, *v.* Russell.

Submitted June 14, 1965. *Ed-*

*ward C. Behm,* appellant, in propria persona; *Frank B. Warfel,* District Attorney, for appellee.

Order affirmed.